THE BEVERLY SEWERAGE AUTHORITY, A PUBLIC BODY CORPORATE AND POLITIC, PLAINTIFF-APPELLANT, v. THE DELANCO SEWERAGE AUTHORITY, A PUBLIC BODY CORPORATE AND POLITIC, DEFENDANT-RESPONDENT.

WILLIAM McCRUDDEN, PLAINTIFF-APPELLANT, v. THE DELANCO SEWERAGE AUTHORITY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued November 13, 1961—Decided December 6, 1961.

Before Judges GAULKIN, KILKENNY and HERBERT.

Mr. Daniel A. O'Donnell, Jr., argued the cause for plaintiffs-appellants (Messrs. Bookbinder, Peskin & Markowitz, attorneys for appellant The Beverly Sewerage Authority; Mr. A. Jerome Moore, attorney for appellant William McCrudden).

Mr. Robert W. Criscuolo argued the cause for respondent (Messrs. Parker, McCay & Criscuolo, attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Schalick in the court below, reported in 65 N. J. Super. 86.